No. 646. BROWN v. SMITH, WARDEN. C. A. 2d Cir. Certiorari denied. *John S. Burgess* and *Thurman Arnold* for petitioner. *Charles J. Adams,* Attorney General of Vermont, and *Thomas M. Debevoise* for respondent.

No. 726. GUIPPONE v. UNITED STATES;
No. 727. PALMIERI v. UNITED STATES;
No. 728. SCHIFFMAN v. UNITED STATES;
No. 729. TANDLER v. UNITED STATES;
No. 791, Misc. PORCELLI v. UNITED STATES;
No. 899, Misc. SCOPELLITTI v. UNITED STATES; and
No. 948, Misc. AGUECI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Krieger* for petitioners in Nos. 726 and 727. *Albert J. Krieger* for petitioners in Nos. 728 and 729. Petitioners *pro se* in Misc. Nos. 791, 899 and 948. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 771. DUDLEY ET AL. v. ORANGE COUNTY, FLORIDA. Supreme Court of Florida. Certiorari denied. *Johnie A. McLeod,* for petitioners. *David W. Hedrick* for respondent.

No. 813. BAWDEN v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Russell E. Parsons* for petitioner.

No. 819. MISANI v. ORTHO PHARMACEUTICAL CORP. ET AL. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Clyde A. Szuch* and *Stanley C. Smoyer* for respondents.